IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PEDRO GOMERA,
    Petitioner,

v.                                               Case No. 3:25cv36-MCR-MAL

WARDEN FCI PENSACOLA,
    Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 7, 2025. *See* ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this order.

2.    Gomera's amended petition under 28 U.S.C. § 2241, ECF No. 6, is DISMISSED as moot and for failure to comply with an order of the Court.

3. The clerk is directed to close the case file.

**DONE and ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:25cv16-MCR-MAL